# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STEVE COX, | 3:08-CV-0663-ECR (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 12, 2009 |
| J. PALMER, AWO, R. LEGRAND, AWP HALSTED, DR. SCOTT, K. HEGGE, D. POAG, CASEWORKER MS. BELANGER, S C/O DICKERMAN, S C/O VALLASTER, S C/O TOOKER, D. HELLING, SGT. S. CLARK, DR. R. BANNISTER, | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's order of July 15, 2009 (Doc. #18), Plaintiff has identified Defendant Vallaster as Aaron H. Vallaster (Doc. #20).

**IT IS HEREBY ORDERED** that Defendants shall advise the court within ten (10) days from the date of this order if they will accept service on behalf of Defendant Aaron H. Vallaster. If service is not accepted, Defendants shall advise the court of Defendant Vallaster's last known address.

LANCE S. WILSON, CLERK

By:  <u>  /s/                                </u>
  Deputy Clerk