UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| MICHAEL-STEVE COX, | ) | 3:08-CV-00663-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: January 5, 2010 |
| | ) | |
| J. PALMER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On November 18, 2009, the Magistrate Judge filed a Report and Recommendation (#57) recommending that Plaintiff's Motion (#21) for temporary restraining order and Motion (#22) for evidentiary hearing/expert witnesses be denied.

    No objections were timely filed to the Report and Recommendation (#57).  The Report and Recommendation (#57) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion (#21) and Motion (#22) are **DENIED**.

    Plaintiff seeks a temporary restraining order on a matter that is not before the Court.

LANCE S. WILSON, CLERK

By      /s/
    Deputy Clerk