```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

MICHAEL-STEVE COX,                    )    3:08-CV-00663-ECR-RAM
                                      )
    Plaintiff,                        )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: July 28, 2010
                                      )
J. PALMER, et al.,                    )
                                      )
    Defendants.                       )
_____)


PRESENT:      EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On October 27, 2009, Plaintiff filed a motion (#53) for reconsideration of the Magistrate Judge's Order (#47) denying Plaintiff's motion (#19) to compel.

    "A district judge may reconsider any pretrial matter referred to a magistrate judge in a civil or criminal case pursuant to LR IB 1-3 where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law." Local Rule IB 3-1; <u>see</u> 28 U.S.C. § 636(b)(1)(A). The "contrary to law" standard only applies to the Magistrate Judge's legal conclusions, which are reviewed de novo.

    The Magistrate Judge's decision (#47) was neither clearly erroneous nor contrary to law.

    **<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that Plaintiff's motion (#53) is **DENIED**.

                                                LANCE S. WILSON, CLERK

                                                By        /s/
                                                        Deputy Clerk