UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | CASE NO. 3:08-CV-0663-ECR-RAM |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| vs. | ) | DATED: OCTOBER 25, 2010 |
| J. PALMER, et al., | ) | |
| Defendant(s). | ) | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 2:28:53 p.m. - 2:48:10 p.m.</u>

Counsel for Plaintiff(s): <u>MICHAEL STEVE COX, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>CRYSTAL WILLIS (telephonically)</u>

PROCEEDINGS: **MOTION HEARING**

2:28 p.m. Court convenes.

Plaintiff advises the Court that he is not in the position to oppose Defendants' Motion for Summary Judgment (Docket #93) due to problems caused in his various transfers. Ms. Willis agrees to WITHDRAW the Motion for Summary Judgment, and said motion shall be deemed refiled as of this date.

The Court addresses the Motion to Hold in Abeyance (Docket #98). IT IS ORDERED that the Motion to Hold in Abeyance is DENIED.

The parties and the Court confer regarding the Request for Submissions (Docket #100). IT IS ORDERED that said request is GRANTED, to the extent those issues have been discussed at this hearing. IT IS FURTHER ORDERED that Ely State Prison shall comply with the regulations requiring that Plaintiff be provided with legal supplies.

Plaintiff represents to the Court that, while it is not on the docket yet, he has submitted for filing another motion regarding other issues. IT IS ORDERED that the Motion to Extend Time to Oppose Motion for Summary Judgment (Docket #101) is GRANTED. The due date for said opposition will be set once the Court sees the new motion. Likewise, the Motion to Extend Prison Copywork (Docket #106) is DENIED without prejudice. Plaintiff may renew this motion when the other aspects of his opposition are resolved.

Page Two
3:08-CV-0663-ECR-RAM (Cox v. Palmer, et al.)
Minutes
October 25, 2010

Plaintiff advises the Court that he has not received the Order (Docket #91) regarding the Motion to Compel (Docket #89).  IT IS ORDERED that the clerk shall mail said order to Plaintiff.

2:48 p.m. Court adjourns.

                                                  LANCE S. WILSON, CLERK

                                                  By: /s/
                                                  Deputy Clerk