UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| MICHAEL STEVE COX, | CASE NO. 3:08-CV-0663-ECR-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: DECEMBER 6, 2010 |
| J. PALMER, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER       Reporter: FTR: 1:30:27 p.m. - 2:01:40 p.m.

Counsel for Plaintiff(s): MICHAEL STEVE COX, In Pro Per (telephonically)

Counsel for Defendant(s): CRYSTAL WILLIS

Warden McDaniel and Dr. Kane are also in attendance telephonically

PROCEEDINGS: **MOTION HEARING**

1:30 p.m. Court convenes.

The Court addresses and hears argument as to each of the subject motions.

**Motion for 30-Day Stay of Proceedings (Docket #109)**

IT IS ORDERED that the Motion for Stay of Proceedings is DENIED. The case will proceed as follows:

Plaintiff shall be allowed to view his medical records within **ten (10) days**, and Ely State Prison shall provide the assistance he needs in order to do so. He shall tag those documents he wants copied and copies shall be made and held for the purpose of attaching them to his opposition to Defendants' Motion for Summary Judgment (Docket #93). Plaintiff shall then have until **January 21, 2011** to file his opposition.

**Motion for Retroactive Issuance of October's Legal Supplies (Docket #111)**

The Court finds that Plaintiff has received all of the legal supplies he is entitled to and has not shown extraordinary need to be provided with more. IT IS ORDERED that the Motion for Retroactive Issuance of Legal Supplies is DENIED.

Page Two
3:08-CV-0663-ECR-RAM (Cox v. Palmer, et al.)
Minutes
December 6, 2010

**Motion to Compel / for Sanctions (Docket #125)**

The Court feels that no party has been damaged by the delay in this case and assures Plaintiff that he is not seen as the cause of any delay. Therefore, IT IS ORDERED that the Motion to Compel / for Sanctions is DENIED.

2:01 p.m. Court adjourns.

                                                LANCE S. WILSON, CLERK

                                                By: /s/
                                                Deputy Clerk