```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


MICHAEL STEVE COX,                  )    3:08-cv-00663-ECR-RAM
                                    )
     Plaintiff,                     )    MINUTES OF THE COURT
                                    )
vs.                                 )    DATE: September 12, 2011
                                    )
J. PALMER,                          )
                                    )
     Defendant.                     )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

On July 27, 2011, the Magistrate Judge filed a Report and Recommendation (#151) recommending that Defendants' Motion for Summary Judgment (#93), filed on October 25, 2010, on Plaintiff's claims of deliberate indifference for alleged deprivation of medications, a walker, and eye glasses be granted. Objections (#152) were timely filed to the Report and Recommendation by Plaintiff on August 11, 2011. Plaintiff's objections are not well taken and are overruled.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#151) is well taken and is **APPROVED** and **ADOPTED**. The evidence presented in support of the Motion for Summary Judgment indicates that Plaintiff's claims for deliberate indifference lack merit. Plaintiff's objection to the Magistrate Judge's Report and Recommendation are without merit.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#93), filed on October 25, 2010, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (#151) is adopted and Plaintiff's Motion for Temporary Restraining Order (#112) is denied as moot; Motion to Seal (#123) is denied as moot; Motion to Expunge

(#131) is denied as moot; and Motion for Clarification or in the alternative TRO (#144) is denied as moot.

The Court notes that the Magistrate Judge entered an order allowing Defendants an enlargement of time to respond to Plaintiff's Motion for Sanctions and Request for Ambulatory Assistance (#153).

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By    /s/   
Deputy Clerk

<u>Cox v. Palmer</u>
3:08-cv-663-ECR-RAM