**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | 3:08-cv-00663-ECR-WGC |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| J. PALMER; et al., | ) | |
| Defendants. | ) | |

On October 7, 2011, the Magistrate Judge entered an Order (#169) denying Plaintiff's Motion to Subpoena Witnesses (#168). Summary judgment had previously been granted as to all defendants on September 12, 2011 (#160) and judgment was entered in favor of defendants on September 15, 2011 (#161).

On October 24, 2011, December 9, 2011, and January 3, 2012, Plaintiff filed motions (## 170, 173, 174) requesting review of the Magistrate Judge's Order (#169) denying as moot his Motion to Subpoena Witnesses (#168). Plaintiff has shown no basis to overturn the Magistrate Judge's Order (#169), and **IT IS HEREBY ORDERED** that Plaintiff's Motions (## 170, 173, 174) are **DENIED**.

DATED: January 26, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE